UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 18-14265-CIV-ROSENBERG/MAYNARD**

CASSANDRA PRZENKOP,

      Plaintiff(s),

vs.

TC PAYROLL, LLC,
and IGOR PIMENTEL,

      Defendant(s).

_____/

## DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

**COMES NOW**, the Defendants, TC PAYROLL, LLC,  and IGOR PIMENTEL,  by and through their undersigned counsel and gives this their Answer to the Plaintiff's Complaint and states as follows

    1.  The Defendants admit the Plaintiff was employed as a Store Manager, but deny all other allegations of paragraph 1 of the Complaint.

    2.  The Defendants admit paragraph 2 of the Complaint.

    3. The Defendants admit that the Plaintiff's immediate supervisor was Igor Pimentel, but deny all other allegations of paragraph 3 of the Complaint.

    4.  The Defendants admit paragraph 4 of the Complaint.

    5.  The Defendants admit paragraph 5 of the Complaint.

    6.  The Defendants admit paragraph 6 of the Complaint.

    7.  The Defendants deny paragraph 7 of the Complaint.

    8.  The Defendants admit paragraph 8 of the Complaint.

9. As to paragraph 9, the Plaintiff fails to provide sufficient facts or a summary of facts to which the Defendants can adequately respond, and as such the Defendants deny paragraph 9 of the Complaint.

10. The Defendants deny paragraph 10 of the Complaint.

11. The Defendants deny paragraph 11 of the Complaint.

12. The Defendants deny paragraph 12 of the Complaint.

13. The Defendants are without knowledge as to what the Plaintiff seeks to imply by the phrase, "had to work late", and as such the Defendants deny paragraph 13 of the Complaint.

14. The Defendants admit the Plaintiff was given the authority to hire and fire employees, but are without knowledge and therefore deny the remainder of the allegations of paragraph 14 of the Complaint.

15. The Defendants admit paragraph 15 of the Complaint.

16. The Defendants admit that the Plaintiff was given the responsibility for ordering supplies, but are without knowledge and therefore deny the remainder of the allegations of paragraph 16 of the Complaint.

17. The Defendants deny that the Plaintiff was required to do or accomplish tasks that were not associated with her managerial position as indicated in paragraph 17 of the Complaint.

18. The Defendants admit that the parties were not successful in resolving this matter without litigation as indicated in paragraph 18 of the Complaint.

## <u>COUNT 1 FLSA OVERTIME CLAIM</u>

19. The Defendants admit paragraph 19 of the Complaint.

20. The Defendants admit paragraph 20 of the Complaint.

21. The Defendants deny paragraph 21 of the Complaint.

22. The Defendants deny paragraph 22 of the Complaint.

23. The Defendants deny paragraph 23 of the Complaint.

## COUNT 2 RETALIATION

24.  The Defendants deny paragraph 24 of the Complaint.

25.  The Defendants deny paragraph 25 of the Complaint.

26.  The Defendants deny paragraph 26 of the Complaint.

27.  The Defendants deny paragraph 27 of the Complaint.

28.  The Defendants deny paragraph 28 of the Complaint.

29.  The Defendants deny paragraph 29 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

Without admitting liability for any acts or omissions alleged, any acts or omissions complained of were undertaken or made in good faith, and  in conformity with, and in reliance on, written administrative regulations, orders, ruling, or interpretations of the Administrator of the Wage and Hour Division of the Department of Labor.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff is not entitled to liquidated damages, even if she can prove a violation of the law, because any acts or omissions giving rise to Plaintiff's claims were undertaken or made in good faith, and the Defendant had reasonable grounds for believing that its actions or omissions did not violate the law.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff is not entitled to any recovery in this action because she was, an employee exempt from the minimum wage and overtime requirements of the FLSA, as the Plaintiff was hired as a store manager, and was paid and performed the duties of a manager.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff was terminated for cause after a number of written and oral warnings were provided to the Plaintiff over several months for poor work performance and the failure of the Plaintiff to correct her conduct.

## JURY DEMAND

Defendants respectfully demand trial by jury.

Respectfully submitted,

BY: /s/ Dean L. Willbur, Jr.
_____

DEAN L. WILLBUR, JR.
FLORIDA BAR NUMBER:   286222
DEAN L. WILLBUR, JR., P.A.
Attorney for the Defendants
11380 Prosperity Farms Road, Suite 110A
Palm Beach Gardens, Florida 33410
(561) 775-7577 Tel    (561) 775-8779 Fax
Primary:        Eservice@deanlwlaw.com
Secondary:     Dean@deanlwlaw.com
Secondary:     Staci@deanlwlaw.com

BY: /s/ Mark Wilensky
_____

MARK WILENSKY
FLORIDA BAR NUMBER: 290221
DUBINER & WILENSKY, L.L.C.
Attorney for the Defendants
1200 Corporate Center Way, Suite 200
Wellington, Florida 33414
(561) 655-0150 Tel (561) 833-4939 Fax
E-Service: dubiner_wilensky@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 5th, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list by Electronic Filing generated by CM/ECF.

BY: /s/ Dean L. Willbur, Jr.
_____

Dean L. Willbur, Jr.

## SERVICE LIST

*Service by CM/ECF*

Beth Coke, Esquire
Coke Employment Law
Attorney for the Plaintiff
131 N. 2nd Street, Suite 204
Fort Pierce, Florida 34950
Telephone: 772-252-4230
Facsimile:   772-252-4575
beth@cokeemploymentlaw.com

DEAN L. WILLBUR, JR.
DEAN L. WILLBUR, JR., P.A.
Attorney for the Defendants
11380 Prosperity Farms Road, Suite 110A
Palm Beach Gardens, Florida 33410
(561) 775-7577 Telephone
(561) 775-8779 Facsimile
Primary:        Eservice@deanlwlaw.com
Secondary:      Dean@deanlwlaw.com
Secondary:      Staci@deanlwlaw.com

MARK WILENSKY
DUBINER & WILENSKY, L.L.C.
Attorney for the Defendants
1200 Corporate Center Way, Suite 200
Wellington, Florida 33414
(561) 655-0150 Telephone
(561) 833-4939 Facsimile
E-Service: dubiner_wilensky@bellsouth.net